1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No.  08MJ2031
                                     )
11 |       Plaintiff,                 )
                                     )
12 | v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
                                     )
13 | JOSE ADOLFO MADRID-BELTRAN,      )
                                     )
14 |       Defendant.                 )
                                     )
15 | _____  )

16        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                         Respectfully submitted,

20

21 Dated: July 16, 2008                    /s/ Hanni M. Fakhoury
                                          HANNI M. FAKHOURY
22                                         Federal Defenders of San Diego, Inc.
                                          e-mail: Hanni_Fakhoury@fd.org
23                                         Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 16, 2008            /s/ Hanni M. Fakhoury
                                HANNI M. FAKHOURY
                                e-mail: Hanni_Fakhoury@fd.org